# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| In re: O'REILLY'S FURNITURE GALLERIES,INC | § | Case No. 05-33184 |
|---|---|---|
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under Chapter 7 of the United States Bankruptcy Code on August 22, 2005. The undersigned trustee was appointed on August 22, 2005.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of $ 30,406.81

Funds were disbursed in the following amounts:

| | |
|---|---|
| Administrative expenses | 107.91 |
| Payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Payments to the debtor | 0.00 |
| Leaving a balance on hand of[1] | $ 30,298.90 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing claims in this case was 01/23/2006. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,790.51. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $3,790.51, for a total compensation of $3,790.51. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/13/2010 By:/s/JOHN E. GIERUM
Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Exhibit A

# Form 1



## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 05-33184
**Case Name:** INC, O'REILLY'S GALLERIES

**Period Ending:** 06/26/10

**Trustee:** (520171) JOHN E. GIERUM
**Filed (f) or Converted (c):** 08/22/05 (f)
**§341(a) Meeting Date:** 09/20/05
**Claims Bar Date:** 01/23/06

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Bank Account (s) | 4,500.00 | 4,500.00 | | 5,881.84 | FA |
| 2 | Tradename (s) | 0.00 | 0.00 | | 200.00 | FA |
| 3 | 2001 Chevy van (s) | 2,500.00 | 2,500.00 | | 2,500.00 | FA |
| 4 | 2002 Chevy box van (s) | 4,000.00 | 4,000.00 | | 4,000.00 | FA |
| 5 | 2004 Chevy box van (s) | 8,000.00 | 3,000.00 | | 4,000.00 | FA |
| 6 | 2005 Chevy box truck (s) | 12,500.00 | 12,500.00 | | 11,000.00 | FA |
| 7 | 2005 Kenworth truck (s) | 32,000.00 | 1,510.01 | | 1,500.00 | FA |
| 8 | Computers and Office supplies (s) | 500.00 | 500.00 | | 300.00 | FA |
| 9 | Great American sale proceeds (s) | 50,000.00 | Unknown | DA | 0.00 | FA |
| 10 | Sales tax escrow funds (s) | 100,000.00 | Unknown | DA | 0.00 | FA |
| 11 | Tax Refund (u) (u) | 0.00 | Unknown | | 591.50 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 431.73 | Unknown |
| 12 | Assets Totals (Excluding unknown values) | $214,000.00 | $28,510.01 | | $30,405.07 | $0.00 |

**Major Activities Affecting Case Closing:**

claims review being reviewed, tax work and final report

**Initial Projected Date Of Final Report (TFR):** December 31, 2006 **Current Projected Date Of Final Report (TFR):** December 31, 2010

Exhibit B

# Form 2



## Cash Receipts And Disbursements Record

**Case Number:** 05-33184
**Case Name:** INC, O'REILLY'S GALLERIES

**Taxpayer ID #:** **-***5951
**Period Ending:** 06/26/10

**Trustee:** JOHN E. GIERUM (520171)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****12-65 - Money Market Account
**Blanket Bond:** $69,308,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 10/06/05 | {1} | O'Reilly's Fine Furniture Galleries | Cash balance from bank account | 1129-000 | 5,881.84 | | 5,881.84 |
| 10/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 1.75 | | 5,883.59 |
| 11/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 2.66 | | 5,886.25 |
| 12/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.94 | | 5,889.19 |
| 01/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 3.32 | | 5,892.51 |
| 02/07/06 | {11} | United States Treasury | Tax Refund | 1224-000 | 591.50 | | 6,484.01 |
| 02/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 3.39 | | 6,487.40 |
| 03/09/06 | | To Account #********1266 | Bond Reimbursement | 9999-000 | | 4.50 | 6,482.90 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 3.86 | | 6,486.76 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 4.11 | | 6,490.87 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 4.41 | | 6,495.28 |
| 06/20/06 | | Gary O'Reilly | SALE PROCEEDS-EQUIPMENT | | 23,500.00 | | 29,995.28 |
| | {2} | | 200.00 | 1129-000 | | | 29,995.28 |
| | {3} | | 2,500.00 | 1129-000 | | | 29,995.28 |
| | {4} | | 4,000.00 | 1129-000 | | | 29,995.28 |
| | {5} | | 4,000.00 | 1129-000 | | | 29,995.28 |
| | {6} | | 11,000.00 | 1129-000 | | | 29,995.28 |
| | {7} | | 1,500.00 | 1129-000 | | | 29,995.28 |
| | {8} | | 300.00 | 1129-000 | | | 29,995.28 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 8.91 | | 30,004.19 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 20.39 | | 30,024.58 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 20.41 | | 30,044.99 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 19.09 | | 30,064.08 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 21.07 | | 30,085.15 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 19.77 | | 30,104.92 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 19.12 | | 30,124.04 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 20.08 | | 30,144.12 |
| 02/16/07 | | To Account #********1266 | Bond Reimbursement | 9999-000 | | 27.42 | 30,116.70 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 15.01 | | 30,131.71 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 16.09 | | 30,147.80 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 16.63 | | 30,164.43 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 16.64 | | 30,181.07 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 15.57 | | 30,196.64 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 17.20 | | 30,213.84 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 16.67 | | 30,230.51 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 15.06 | | 30,245.57 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 17.76 | | 30,263.33 |

Subtotals : $30,295.25 $31.92

{} Asset reference(s)

Exhibit B

# Form 2



## Cash Receipts And Disbursements Record

**Case Number:** 05-33184
**Case Name:** INC, O'REILLY'S GALLERIES

**Taxpayer ID #:** **-***5951
**Period Ending:** 06/26/10

**Trustee:** JOHN E. GIERUM (520171)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****12-65 - Money Market Account
**Blanket Bond:** $69,308,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 15.74 | | 30,279.07 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 15.42 | | 30,294.49 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 13.85 | | 30,308.34 |
| 02/05/08 | | To Account #********1266 | BOND REIMBURSEMENT | 9999-000 | | 26.02 | 30,282.32 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 6.21 | | 30,288.53 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 5.62 | | 30,294.15 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 4.22 | | 30,298.37 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.79 | | 30,302.16 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.85 | | 30,306.01 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.85 | | 30,309.86 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.60 | | 30,313.46 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.97 | | 30,317.43 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 3.30 | | 30,320.73 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 2.38 | | 30,323.11 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.15 | | 30,325.26 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.23 | | 30,326.49 |
| 02/19/09 | | To Account #********1266 | BOND REIMBURSEMENT | 9999-000 | | 26.38 | 30,300.11 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.15 | | 30,301.26 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.31 | | 30,302.57 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.23 | | 30,303.80 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.19 | | 30,304.99 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.31 | | 30,306.30 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.27 | | 30,307.57 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.27 | | 30,308.84 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.23 | | 30,310.07 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.23 | | 30,311.30 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.27 | | 30,312.57 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.27 | | 30,313.84 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.19 | | 30,315.03 |
| 02/12/10 | | To Account #********1266 | TRANSFER OF FUNDS | 9999-000 | | 23.59 | 30,291.44 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.15 | | 30,292.59 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.35 | | 30,293.94 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.78 | | 30,294.72 |
| 04/20/10 | | Wire out to BNYM account 9200******1265 | Wire out to BNYM account 9200******1265 | 9999-000 | -30,294.72 | | 0.00 |

Subtotals : $-30,187.34 $75.99

{} Asset reference(s)

Printed: 06/26/2010 12:06 PM V.12.08

Exhibit B



# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 05-33184
**Case Name:** INC, O'REILLY'S GALLERIES

**Taxpayer ID #:** **-***5951
**Period Ending:** 06/26/10

**Trustee:** JOHN E. GIERUM (520171)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****12-65 - Money Market Account
**Blanket Bond:** $69,308,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | **107.91** | **107.91** | **$0.00** |
| | | | Less: Bank Transfers | | -30,294.72 | 107.91 | |
| | | | **Subtotal** | | **30,402.63** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$30,402.63** | **$0.00** | |

Exhibit B

# Form 2



## Cash Receipts And Disbursements Record

**Case Number:** 05-33184
**Case Name:** INC, O'REILLY'S GALLERIES

**Taxpayer ID #:** **-***5951
**Period Ending:** 06/26/10

**Trustee:** JOHN E. GIERUM (520171)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****12-66 - Checking Account
**Blanket Bond:** $69,308,000.00 (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/09/06 | | From Account #********1265 | Bond Reimbursement | 9999-000 | 4.50 | | 4.50 |
| 03/09/06 | 101 | JOHN E. GIERUM | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2006 FOR CASE #05-33184, Bond Reimbursement (Bond #016026455) | 2300-000 | | 4.50 | 0.00 |
| 02/16/07 | | From Account #********1265 | Bond Reimbursement | 9999-000 | 27.42 | | 27.42 |
| 02/16/07 | 102 | John E. Gierum | Bond Premium Payment on Ledger Balance as of 02/01/07 for Case #05-33184 | 2300-000 | | 27.42 | 0.00 |
| 02/05/08 | | From Account #********1265 | BOND REIMBURSEMENT | 9999-000 | 26.02 | | 26.02 |
| 02/05/08 | 103 | John E. Gierum | Bond Premium Payment on Ledger Balance as of 02/01/2008 for Case #05-33184, Bond Reimbursement (Bond #016026455) | 2300-000 | | 26.02 | 0.00 |
| 02/19/09 | | From Account #********1265 | BOND REIMBURSEMENT | 9999-000 | 26.38 | | 26.38 |
| 02/19/09 | 104 | JOHN E. GIERUM | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2009 FOR CASE #05-33184, Reimbursement for Ch. 7 Blanket Bond | 2300-000 | | 26.38 | 0.00 |
| 02/12/10 | | From Account #********1265 | TRANSFER OF FUNDS | 9999-000 | 23.59 | | 23.59 |
| 02/12/10 | 105 | John E. Gierum | Reimbursement for Ch. 7 Blanket Bond on ledger balance as of 2/1/10 for Case No. 05-33184 | 2300-000 | | 23.59 | 0.00 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | **107.91** | **107.91** | **$0.00** |
| Less: Bank Transfers | 107.91 | 0.00 | |
| **Subtotal** | **0.00** | **107.91** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$107.91** | |

Exhibit B

# Form 2



## Cash Receipts And Disbursements Record

**Case Number:** 05-33184
**Case Name:** INC, O'REILLY'S GALLERIES

**Taxpayer ID #:** **-***5951
**Period Ending:** 06/26/10

**Trustee:** JOHN E. GIERUM (520171)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******12-65 - Money Market Account
**Blanket Bond:** $69,308,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********1265 | Wire in from JPMorgan Chase Bank, N.A. account ********1265 | 9999-000 | 30,294.72 | | 30,294.72 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.63 | | 30,295.35 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.81 | | 30,297.16 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | **30,297.16** | **0.00** | **$30,297.16** |
| Less: Bank Transfers | 30,294.72 | 0.00 | |
| **Subtotal** | **2.44** | **0.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$2.44** | **$0.00** | |

Exhibit B



# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 05-33184
**Case Name:** INC, O'REILLY'S GALLERIES

**Taxpayer ID #:** **-***5951
**Period Ending:** 06/26/10

**Trustee:** JOHN E. GIERUM (520171)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******12-66 - Checking Account
**Blanket Bond:** $69,308,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | | | | | |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****12-65 | 30,402.63 | 0.00 | 0.00 |
| Checking # ***-*****12-66 | 0.00 | 107.91 | 0.00 |
| MMA # 9200-******12-65 | 2.44 | 0.00 | 30,297.16 |
| Checking # 9200-******12-66 | 0.00 | 0.00 | 0.00 |
| | $30,405.07 | $107.91 | $30,297.16 |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 05-33184
Case Name: INC, O'REILLY'S GALLERIES
Trustee Name: JOHN E. GIERUM

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
| --- | --- |
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
| --- | --- | --- | --- |
| *Trustee* | JOHN E. GIERUM | $ 3,790.51 | $ |
| *Attorney for trustee* | | $ | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | Lois West, Popowcer Katten, Ltd. | $ 946.00 | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
| --- | --- | --- |

| | | | |
|---|---|---|---|
| *Attorney for debtor* | ______ | $______ | $______ |
| *Attorney for* | ______ | $______ | $______ |
| *Accountant for* | ______ | $______ | $______ |
| *Appraiser for* | ______ | $______ | $______ |
| *Other* | ______ | $______ | $______ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,467,466.50 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.7 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | Querrey & Harrow, Ltd. | $ 105,954.50 | $ 1,845.54 |
| 2 | Upton Properties, Inc. | $ 586,122.00 | $ 10,209.20 |
| 3 | TSG Investments, LLC | $ 80,200.00 | $ 1,396.94 |
| 4 | Gary O'Reilly | $ 695,190.00 | $ 12,108.97 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|

N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.